# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Norfolk Division

In re:   Benjamin Anthony Douglas                              Case No.:  07-71005-SCS

                                                               Chapter 13

## REPORT OF DEPOSIT OF UNCLAIMED FUNDS

Pursuant to Federal Rule of Bankruptcy Procedure 3011 and 11 U.S.C. 347, the trustee herein submits a check payable to "Clerk, United States Bankruptcy Court" representing unclaimed funds to be deposited by the Clerk of Court into the Treasury of the United States. Said funds are subject to withdrawal as provided by 28 U.S.C. 2042 and shall not escheat under any state law.  The unclaimed funds represent the dividend(s) due and payable to:

| Creditor's Name and Address | Amount of Dividend |
|---|---|
| Mercer Transporation<br>C/O Goldber, Milstein & Black<br>6797 N High Street., Suite 306<br>Columbus, OH  43085 | $103.50 |

Dated: April 08, 2011

/s/ R. Clinton Stackhouse, Jr.
Chapter 13 Trustee